UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA NEDELKOVSKI,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 24-11015

District Judge F. Kay Behm
Magistrate Judge Elizabeth A. Stafford

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 1, 2025, Magistrate Judge Elizabeth A. Stafford issued a report and recommendation proposing that the court dismiss Plaintiff's complaint for failure to prosecute. Plaintiff has not objected or otherwise responded to the report and recommendation.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Stafford's analysis and conclusion that this action should be dismissed for failure to prosecute.

Therefore, it is **ORDERED** that Magistrate Judge Stafford's report and recommendation (ECF No. 19) is **ACCEPTED** and **ADOPTED** as the order of the court.

It is further **ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

Dated: May 27, 2025          s/F. Kay Behm
                             F. Kay Behm
                             United States District Judge